**Order entered September 16, 2020**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-20-00087-CV**

**ANGELINA ARREDONDO, ET AL., Appellants**

**V.**

**ALL SAINTS MEDICAL CENTER, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07257**

**ORDER**

Before the Court is appellee John Timothy Tracy, M.D.'s September 14, 2020 unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 16, 2020.

/s/ KEN MOLBERG
JUSTICE